IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-02032-REB-CBS

MICHAEL SHAW, a Florida resident,

    Plaintiff,

v.

STEVEN ROSS, a Colorado resident, and
MATTHEW FINBERG, a Colorado resident,

    Defendants.

# ORDER

**Blackburn, J.**

    This matter is before me on the following: (1) defendant Matthew Finberg's **Motion To Dismiss** [#10][1] filed September 27, 2010; and (2) the **Stipulation and Unopposed Motion for Clarification Regarding Motion To Dismiss** [#14] filed October 15, 2010. I deny the motion to dismiss as moot, approve the stipulation, and grant the motion for clarification.

    Finberg filed his motion to dismiss [#10] on September 27, 2010. The plaintiff filed an amended complaint [#12] on October 8, 2010. The filing of the amended complaint [#12] renders moot Finberg's motion to dismiss [#10]. In the stipulation and motion [#14], the plaintiff and Finberg seek an order directing that Finberg need not respond to the **Motion To Dismiss** [#10] and that Finberg shall have until October 25, 2010, to file a response to the amended complaint [#12]. In this order, I deny the

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Motion To Dismiss** [#10] as moot and, therefore, no response to that motion is necessary. Under the rules of this court, it is appropriate that Finberg have until October 25, 2010, to file a response to the amended complaint [#12].

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant Matthew Finberg's **Motion To Dismiss** [#10] filed September 27, 2010, is **DENIED** as moot;

2. That the **Stipulation and Unopposed Motion for Clarification Regarding Motion To Dismiss** [#14] filed October 15, 2010, is **APPROVED** and **GRANTED** on the terms stated in this order; and

3. That defendant Matthew Finberg shall have until October 25, 2010, to file a response to the amended complaint [#12].

Dated October 18, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge