# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  10-cv-02032-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 18, 2011** | **Courtroom Deputy:**   Linda Kahoe |

MICHAEL SHAW,                                                                  Byeongsook Seo

      Plaintiffs,

      v.

STEVEN ROSS,                                                                    Josh Anderson
MATTHEW FINBERG,                                                        Carolyn J. Fairless

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:        10:56 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Shaw's Motion for Leave to Amend Complaint to Add Prayer for Exemplary Damages Against Finberg, doc #[31], filed 12/15/2010.

Mr. Seo states he would like to file a Reply to the Responses.

The court suggests that Plaintiff withdraw the motion and proceed with discovery.

Discussion regarding dispositive motions.  The court suggests that counsel meet and confer around April 15, 2011 to discuss filing an unopposed motion to add a prayer for relief adding exemplary damages.  Defendants reserve the right to make substantive challenges to the request, and they would waive any challenges under Rule 16(b).

Plaintiff makes an oral motion to withdraw Shaw's Motion for Leave to Amend Complaint without prejudice, and with Defendants' agreement that they do not waive any substantive arguments to that motion, however they may waive challenges under Rule 16(b).  Mr. Seo also states that the parties will confer no later than April 15, 2011 to determine if Plaintiff needs to renew the Motion.

**ORDERED:** Plaintiff's oral motion to withdraw the Motion for Leave to Amend is **GRANTED**. Shaw's Motion for Leave to Amend Complaint to Add Prayer for Exemplary Damages Against Finberg, doc #[31], is **WITHDRAWN**.

Discussion regarding the date of the Settlement Conference. The parties agree the current date is good. Mr. Seo states that the parties will also have a mediation with JAG the end of January. He will contact the court if a settlement is reached.

HEARING CONCLUDED.

**Court in recess**:     **11:12 a.m.**
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.