**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-02032-REB-CBS

MICHAEL SHAW, a Florida resident,

    Plaintiff,

v.

STEVEN ROSS, a Colorado resident, and
MATTHEW FINBERG, a Colorado resident,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#39] filed February 25, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#39] filed February 25, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for November 4, 2011, is **VACATED**;

3. That the jury trial set to commence November 28, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 25, 2011, at Denver, Colorado.

                    **BY THE COURT:**

                    */s/ Bob Blackburn*
                    Robert E. Blackburn
                    United States District Judge